UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HUBERT LOPEZ                                              :

        Plaintiff,                                 :      ORDER

  -v.-                                                         :
                                                                                            23 Civ. 2880 (JPC) (GWG)
ST LUKE'S-ROOSEVELT HOSPITAL CENTER   :
et al,
                                                                         :

        Defendants.
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       As stated at a conference held today, the deadline for defendants to respond to the First Amended Complaint is extended to October 2, 2023.

       Per the parties' request, discovery is stayed pending disposition of plaintiffs' planned motion pursuant to 29 U.S.C. sec 216(b). Any such motion shall be filed by October 2, 2023. Within 7 days of the disposition of that motion, the parties shall file either a joint proposal or separate proposals for a discovery schedule in this matter.

       SO ORDERED.

Dated: September 12, 2023
       New York, New York

                                                                            _____
                                                                            GABRIEL W. GORENSTEIN
                                                                             United States Magistrate Judge