**MEMO ENDORSED**

# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
60 East 42nd Street - 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

September 19, 2024

**ECF LETTER MOTION TO ADJOURN**
**SETTLEMENT CONFERENCE**

Honorable Gary Stein, U.S.M.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Lopez v. St. Luke's Roosevelt Hospital Center, et. al.
      SDNY Civil Case No.:  23 cv 2880 (JPC)(GS)

Dear Judge Stein,

We write with reference to the court's order for a settlement conference on September 27, 2024. The parties write jointly to request a short adjournment, pursuant to the court's procedures for settlement, Sec. 11. The parties are conducting the plaintiff's deposition on September 23, 2024 and a short adjournment will afford them more time to prepare.

The parties conferred and propose the following dates: October 24, 30.

Thank you for your consideration of this case.

Respectfully submitted,

CILENTI & COOPER, PLLC

By: _____
         Peter Hans Cooper

cc:   All Counsel of Record

The parties' joint request for an adjournment of the September 27, 2024 settlement conference (*see* Dkt. No. 55) is GRANTED. However, the proposed alternative dates do not work for the Court. The parties are directed to confer with the undersigned's Deputy Clerk via email to reschedule the conference.

The Clerk of Court is respectfully directed to close the open motion at Docket Number 56.

SO ORDERED.

Dated: September 20, 2024
New York, New York

Gary Stein
United States Magistate Judge
Southern District of New York